**25**

**Donald Houston DUKE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 17, 1974.

Donald Houston Duke, pro se.

Anthony M. Wilhoit, Public Defender, David E. Murrel, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Alfred J. Welsh, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Lya Crolla GLASER, Appellant,**

v.

**Dewey Everett GLASER, Appellee.**

Court of Appeals of Kentucky.

May 17, 1974.

James C. Ludwig, Louisville, for appellant.

Daniel B. Boone, Boone & Zoeller, Louisville, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming in part, Reversing in part.*

**George Logan GAITHER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 17, 1974.

Geoffrey R. Morris, Louisville, for appellant.

Ed Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

**Kenneth HACK, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 17, 1974.

Kenneth Hack, pro se.

Ed W. Hancock, Atty. Gen., Peter C. Macdonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.